UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

SANA ENERGY MANAGEMENT, INC. et al.,

Plaintiffs,

v.  Case No. 19-11072

UNITED STATES OF AMERICA AND UNITED STATES
DEPARTMENT OF AGRICULTURE,

Defendants.
_____/

**JUDGMENT**

In accordance with the court's Opinion and Order dated May 26, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United States of America and against Plaintiffs Fahd Ahmed, Hussein Ajami and Sana Energy Management Inc. Dated at Port Huron, Michigan this 26th day of May, 2021.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        BY: s/Lisa Wagner

Dated: May 26, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 26, 2021, by electronic and/or ordinary mail.

                                        s/Lisa Wagner_____/
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\19-11072.SANA.judgment.AAB.docx